NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CARLOS GUTIERREZ,                      )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D16-4152
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____    )

Opinion filed May 29, 2019.

Appeal from the Circuit Court for Manatee
County; Hunter W. Carroll, Judge, and
Stephen Dakan, Senior Judge.

Jason Reid of Carlson & Meissner,
Bradenton, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Timothy A. Freeland,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

          Affirmed.

CASANUEVA, VILLANTI, and SMITH, JJ., Concur.